IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Filed in Open Court. |
| Plaintiff, ) | 8-31-11 |
| vs. ) | |
| ) | Criminal No. 2:10-cr-20385-SHM |
| ) | |
| CHARLEZ KIZER, ) | |
| ) | |
| Defendant. ) | |

## PLEA AGREEMENT

**The full and complete plea is as follows:**

CHARLEZ KIZER agrees that he will enter a voluntary plea of guilty to Count 2 of the Indictment. The United States agrees to dismiss the remaining counts of the Indictment against the Defendant at the appropriate time.

The United States agrees to recommend that CHARLEZ KIZER be sentenced at the low end of the applicable Sentencing Guideline range. The Defendant understands that any recommendations made by the United States are not binding on the Court; should the Court not accept the recommendation or request, the Defendant nevertheless has no right to withdraw the plea.

Given the facts in the possession of the United States at the time of the writing of this agreement, the United States does not oppose the Defendant receiving acceptance of responsibility credit pursuant to U.S.S.G. Section 3E1.1. The Defendant understands that if the United States receives information between the signing of this agreement and the time of the sentencing that the Defendant has previously engaged in, or if he engages

in the future, in conduct inconsistent with the acceptance of responsibility, including, but not limited to, participation of any additional criminal activities between now and the time of sentencing, this position could change. The Defendant further understands that whether or not acceptance of responsibility credit pursuant to Section 3E1.1 is granted is a matter to be determined by the District Court. Failure of the District Court to grant acceptance of responsibility credit is not a basis for CHARLEZ KIZER to withdraw his guilty plea.

CHARLEZ KIZER agrees that this plea agreement constitutes the entire agreement between himself and the United States and that no threats have been made to induce him to plead guilty. By signing this document, CHARLEZ KIZER acknowledges that he has read this agreement, has discussed it with his attorney, and understands it.

FOR THE UNITED STATES:

EDWARD L. STANTON III
UNITED STATES ATTORNEY

_____          8/30/11
JONATHAN T. SKRMETTI                     Date
Assistant United States Attorney
800 Federal Office Building
167 N. Main Street
Memphis, TN 38103

_____          8-30-11
RANDOLPH W. ALDEN                        Date
Defense Counsel

_____          8-30-11
CHARLEZ KIZER                            Date
Defendant